IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-01505 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioner:

> J. Triplett Mackintosh
> HOLLAND & HART LLP
> 555 17th Street, Suite 3200
> Denver, CO 80202
> (303) 295-8000

  /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7226
Washington, DC  20530
Tel.:  (202) 514-3338
Fax:  (202) 616-8202

One of the Attorneys for Respondents