IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1505 (RMC) |

**(PROPOSED) ORDER TO SHOW CAUSE**

Having considered Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed For Lack of Proper "Next Friend" Standing, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that petitioners shall show cause within ___ days of the date of this order why this case should not be dismissed for lack of proper next friend standing.  It is further

ORDERED that respondents shall respond to petitioners' submission in response to this order within ___ days of the filing of petitioners' submission.

IT IS SO ORDERED.


DATED: _____          _____
                                                                                    United States District Judge