IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*,  )<br>  )<br>  Petitioners,  )<br>  )<br>  v.  )<br>  )<br>GEORGE W. BUSH,  )<br>  President of the United States,  )<br>  *et al.*,  )<br>  )<br>  Respondents.  )<br>  ) | Civil Action No. 05-CV-1505 (RMC) |

## (PROPOSED) ORDER DENYING MOTIONS

Having considered Respondents' Motion for Order to Show Cause Why Case Should Not be Dismissed for Lack of Proper "Next Friend" Standing or, In The Alternative, to Stay Proceedings Pending Related Appeals and for Continued Coordination and Petitioners' Opposition to the Motions, and it appearing that no cause exists for granting either Motion, both Motions are hereby denied.

The parties shall appear before this Court on _____, 2005 for a status conference.

**SO ORDERED.**

DATED: _____      _____
                                                                    United States District Judge

3449984_1.DOC