IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1505 (RMC) |

**(PROPOSED) ORDER SETTING PRETRIAL CONFERENCE**

Mr. Al Hawary having moved this Court for an Order setting a pretrial conference in the above-captioned matter pursuant to FED. R. CIV. P. 16(a);

IT IS HEREBY ORDERED that a pretrial conference in the above-captioned matter will be held on the ____ day of _____ at _____ o'clock ____.m. Exactly _____ minutes has been set aside for this pretrial conference.

DATED this ____ day of _____, 2005.

_____
District Court Judge

3465852_1.DOC