IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>)<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1505 (RMC) |

**PETITIONER'S REPLY IN SUPPORT OF MOTION FOR PRETRIAL CONFERENCE**

On October 19, 2005, pursuant to Fed. R. Civ. P. 16(a), Petitioner Al Hawary, through counsel, requested that the Court hold a pretrial conference. On November 4, 2005, after the filing of Respondent's opposition, Judge Oberdorfer entered an Order to Show Cause why the case should not be dismissed for lack of jurisdiction. He also set a briefing schedule and scheduled the matter for hearing on December 5, 2005. In addition, Judge Oberdorfer ordered the Petitioner and the Respondents to "consult with Magistrate Judge Kay as soon as is practicable (but in any event before the hearing) to discuss how counsel for Petitioners may obtain access to the detainees who allegedly seek to be represented by next friends to determine if the detainees will authorize counsel to represent them directly."

The recently ordered conference with Magistrate Judge Kay and the December 5, 2005 hearing before Judge Oberdorfer should serve the goals of Petitioner's motion for

-1-

-2-

pretrial conference: namely, to afford Mr. Al Hawary a fair process, to establish continuing control over this action and to expedite its disposition. The conference with Magistrate Judge Kay may resolve some of the case management issues that would have been discussed at the requested pretrial conference. It therefore appears that it is not urgent to hold a pretrial conference pursuant to FED. R. CIV. P. 16(a) prior to the December 5, 2005 hearing before Judge Oberdorfer. Petitioner Al Hawary requests that his motion be held in abeyance.

Respondents have provided no authority that this Court is precluded from establishing management and control of this action through a Rule 16(a) pretrial conference or through a comparable procedure. Assuming Judge Oberdorfer determines that the Court has jurisdiction over Mr. Al Hawary's petition for writ of habeas corpus, presumably the Court will schedule such additional conferences as are appropriate to discuss case management issues.

DATED: November 9, 2005

        Respectfully submitted,

        Counsel for Mr. Al Hawary:

        /s J. Triplett Mackintosh
        _____
J. Triplett Mackintosh (Colorado State Bar #22359)
Stephen G. Masciocchi (Colorado State Bar #22359)
Lizbeth C. Rodriguez (Colorado State Bar #32001)
M. Antonio Gallegos (Colorado State Bar #322710
Hamid M. Khan  (Colorado State Bar #34139)
Meghan N. Winokur (Colorado State Bar #35973)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
Telephone: (212) 614-6439

## CERTIFICATE OF SERVICE

      I certify that on November 9, 2005, I served a copy of the foregoing document to the following by electronic filing and also by U.S. Mail.

    c/o Preeya Noronha
    Peter D. Keisler
    Joseph H. Hunt
    Kenneth L. Wainstein
    Douglas N. Letter
    Vincent M. Garvey
    Terry M. Henry
    James J. Schwartz
    Robert J. Katerberg
    Nicholas J. Patterson
    Andrew I. Warden
    Edward H. White
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W. Room 7144
    Washington, DC  20530
    preeya.noronha@usdoj.gov

                                          s/ Rick D. Bailey

3475341_1.DOC