IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | ) |
|   Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1458 (ESH) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) |
|   Respondents. | ) |
| NABIL (Last Name Unknown), *et al.*, | ) |
|   Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) |
|   Respondents. | ) |
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) |
|   Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1505 (RMC) |
| GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.*, | ) |
|   Respondents. | ) |

| | | |
|---|---|---|
| SHAFIIQ (Last Name Unknown), *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SADAR DOE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MUHAMMED QASIM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

## **(PROPOSED) ORDER**

Having considered Respondents' Motion for Clarification or, in the Alternative, Reconsideration, of the Court's November 4, 2005 Order to Show Cause, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that respondents' motion is GRANTED. The final paragraph of the November 4, 2005 Order to Show Cause, which orders Petitioners and Respondents to consult with Magistrate Judge Kay regarding counsel access to the detainees who allegedly seek to be represented by next friends to determine if the detainees will authorize counsel to represent them directly, is stayed until further Order of the Court.

IT IS SO ORDERED.


DATED: _____          _____
                                                                                        United States District Judge