IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1458 (ESH) ) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |
| NABIL (Last Name Unknown), *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1504 (RMC) ) |
| GEORGE W. BUSH,<br>President of the United States, | ) ) ) |
| Respondents. | ) ) ) |
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1505 (RMC) ) |
| GEORGE W. BUSH,<br>President of the United States, | ) ) ) |
| Respondents. | ) ) |

| | |
|---|---|
| SHAFIIQ (Last Name Unknown), *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-1506 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| SADAR DOE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-1704 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| MUHAMMED QASIM, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-1779 (JDB) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| ) | |
| Respondents. ) | |

## ORDER (PROPOSED)

Having considered Petitioners' Unopposed Motion to Extend Show Cause Briefing Deadlines, that Motion is GRANTED; and it is further

ORDERED: that the November 18, 2005 deadline to Show Cause and the November 28, 2005 deadline to respond are hereby vacated.

ORDERED: that a hearing will be held on Monday, December 5, 2005 to address Respondents' Motion for Clarification, to set a new Show Cause briefing schedule and to address any other scheduling matters arising out of the Order to Show Cause.

_____
Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE

3478765_1.DOC

3