IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, <br><br>      Petitioners, <br><br>      v. <br><br>GEORGE W. BUSH, <br>    President of the United States, <br>    *et al.*, <br><br>      Respondents. | Civil Action No. 05-CV-1458 (ESH) |
| NABIL (Last Name Unknown), *et al.*, <br><br>      Petitioners, <br><br>      v. <br><br>GEORGE W. BUSH, <br>    President of the United States, <br><br>      Respondents. | Civil Action No. 05-CV-1504 (RMC) |
| ABBAR SUFIAN AL HAWARY, *et al.*, <br><br>      Petitioners, <br><br>      v. <br><br>GEORGE W. BUSH, <br>    President of the United States, <br><br>      Respondents. | Civil Action No. 05-CV-1505 (RMC) |

|  |  |
|---|---|
| SHAFIIQ (Last Name Unknown), *et al.* ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | |
| Respondents. ) | |
| SADAR DOE, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, ) President of the United States, ) | |
| Respondents. ) | |
| MUHAMMED QASIM, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, ) President of the United States, ) | |
| Respondents. ) | |

### **E**NTRY OF **A**PPEARANCE OF **S**COTT **S. B**ARKER AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER LCVR 83.2(G)

I, Scott S. Barker, hereby enter my appearance on behalf of the Petitioners Nabil, Shaqiif and Al Hawary in the captioned matters.

Pursuant to LCvR 83.2(g) , I certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado; the United States District Court for

2

the District of Colorado; and the Tenth Circuit Court of Appeals.  I further certify that I am providing legal representation to Petitioners without compensation.

Dated:  November 17, 2005

Respectfully submitted,

/s Scott S. Barker
_____
Scott S. Barker (Colorado State Bar #11177)
J. Triplett Mackintosh (Colorado State Bar #22359)
Rick D. Bailey (Colorado State Bar #26554)
Mona Burton (Utah State Bar #5399)
Todd W. Miller (Colorado State Bar #16306)
Hamid M. Khan  (Colorado State Bar #34139)
James E. Williams (Colorado State Bar #34727)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY  10012
Telephone:  (212) 614-6439

**COUNSEL FOR PETITIONERS NABIL, SHAQIIF AND AL HAWARY**

3

## CERTIFICATE OF SERVICE

      I certify that on November 17, 2005 I served a copy of the foregoing document to the following by

- ☐ U.S. Mail, postage prepaid
- ☐ Hand Delivery
- ☐ Fax
- ☒ Electronic Service

Preeya Noronha, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Kevin G. Boris, Esq
Ruprecht, Hart & Weeks, LLP
306 Main Street
Millburn, New Jersey 07041
kboris@rhwlawfirm.com

Elizabeth Gilson, Esq.
egilson@snet.net

Gita Gutierrez, Esq.
GGutierrez@ccr-ny.org

3479231_1.DOC

4