I-S-N 239

① 

I SHAKER AAMER Born in 21-12-1966 under star The meaning of (Best Freind) there for I wan My Attorney Clive A staffods smith to Be the An Attorney for the fellowing names Becuse I know them by living with with ther in Jail for 3 years And I care for them.

| No. | Name | I-S-N | Nashtionl |
|---|---|---|---|
| ① | Adel Benahmad aL-Hakeemy 216-1 | ■ | Tunisian |
| ② | Abdul Hadi IBn ELHAThily abHamamy | ■ | tunisi |
| ③ | Mohamad manie AL Qahtany  9661-5456877 | ■  72-SA | Suadia A |
| ④ | Abdullah AAliy AL-otiaBy Phone 9662-5423940-5492715 | ■ | Suadia A |
| ⑤ | IBraheem mahdy ziadan | ■ | Jordan |
| ⑥ | Mohamed ahmad ALKara'any 9664828-6195 | ■ | CHAD |
| ⑦ | Omar mohamed Khalifh | ■ | LyBi |
| ⑧ | Ahmad Abdull AZiZ [Arabic script] | ■ | MoRotain |



9) - Benjamin mohamed Al Habashy (E) ▓▓▓ — Ethiopian
571-332-4480

0) - Adel Hamlily ▓▓▓ — Algieria

1) - Abdull Raheem Gulam Rabany ▓▓▓ — Pakistan

2) - Ahmad Gulam Rabany ▓▓▓ — Pakistan

3) - Mohamed Kameen (E) ▓▓▓ — Afganista[n]

4) - Omier Ba Atash ▓▓▓ — Yamni

5) - Abdo Ali Alhaj ▓▓▓ — Yamni

6) - Al Kazmy ▓▓▓ — Yamni

7) Mohamado Saloah ▓▓▓ — morotanic

8 - Omar Ahmad (Khadr?) ▓▓▓ — CANADIAN

(17) كبار سفيان الحوار ) Abbar Sufian Al Hawar
كبركون - 9/٣/١٩٧٠   Algieria ▓▓▓ 29-47▓

شاكر عامر (NEC) (ISN)
١٩٦٨/٧/١٢   Shaker Aamer
5-Feb-2005

Jihad Dhiab
Syrian (▓▓▓) 10/7/1971