IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1458 (ESH) |
| ADIL BIN MUHAMMAD AL<br>    WIRGHI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1497 (RCL) |
| NABIL (Last Name Unknown), *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1504 (RMC) |

| | | |
|---|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1505 (RMC) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| SHAFIIQ (Last Name Unknown), *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1506 (RMC) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| HAMID AL RAZAK, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1601 (GK) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| KADEER KHANDAN, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-1697 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
|     Respondents. | ) |
| USAMA HASAN ABU KABIR, *et al.*, | ) |
|     Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
|     Respondents. | ) |
| MUHAMMED QASIM, *et al.*, | ) |
|     Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
|     Respondents. | ) |

| | | |
|---|---|---|
| ABU ABDUL AZIZ, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1864 (HHK) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ISMAIL ALKHEMISI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1983 (RMU) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| BENDER AYED HAMOUD HEZAM   AL-OTEIBI AL-SHABANY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2029 (JDB) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| ZAKIRJAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2053 (HHK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| DR. ABU MUHAMMED, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2087 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2104 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ATTORNEY APPEARANCE**

      Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

| | |
|---|---|
| Dated: November 21, 2005 | Respectfully submitted, |

      PETER D. KEISLER
      Assistant Attorney General

      KENNETH L. WAINSTEIN
      United States Attorney

      DOUGLAS N. LETTER
      Terrorism Litigation Counsel

        /s/ Terry M. Henry
      JOSEPH H. HUNT (D.C. Bar No. 431134)
      VINCENT M. GARVEY (D.C. Bar No. 127191)
      TERRY M. HENRY
      JAMES J. SCHWARTZ
      PREEYA M. NORONHA
      ROBERT J. KATERBERG
      NICHOLAS J. PATTERSON
      ANDREW I. WARDEN
      EDWARD H. WHITE
      Attorneys
      United States Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., N.W.  Room 7144
      Washington, DC  20530
      Tel:  (202) 514-4107
      Fax:  (202) 616-8470

      Attorneys for Respondents