**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMED DOE**, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1458 (ESH)** |
| | ) |
| **GEORGE W. BUSH**, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| **NABIL**, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| v. | ) **Civil Action No. 05-1504 (RMC)** |
| | ) |
| **GEORGE W. BUSH**, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| **ABBAR SUFIAN AL HAWARY**, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1505 (RMC)** |
| | ) |
| **GEORGE W. BUSH**, *et al.*, | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| SHAFIIQ, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1506 (RMC)** |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| HAMID AL RAZAK, *et al.,* | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1601 (GK)** |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| SADAR DOE, *et al.*, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1704 (JR)** |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

|  |  |
|---|---|
| MUHAMMAED QASIM, *et al.* | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1779 (JDB) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3 is CONTINUED, pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE