# EXHIBIT 5

I·S·n 239

①

I SHAKER AAMER Barn in 21-12-1966 under stan
The meaning of (Best freind) there for I wan
MY Attorney Clive A staffoDs smith to Be
the An Attorney For the fellowing names
Becuse I Know them by living with with ther
in Jail for 3 years And I care for them.

(٧) علي وزيد وثاني علي على ) Abbar suFian Al Hawar

١٩٤/٢/٦٩ ــ ٢٣٠ قوة ) Algieria ــ █████ ــ 89-47

٢ ( قوية) بف ريد ثاني على Shaker AAmer

( ١٩٧٤/٧٧ ) 5-Feb-2005