# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, </br>*Petitioners*, </br>v. </br>GEORGE W. BUSH, *et al.*, </br>*Respondents* | Civ. No. 1:05-CV-0345 </br>(JDB) (AK) |
| FAWZI AL ODAH, *et al.*, </br>*Petitioners*, </br>v. </br>GEORGE W. BUSH, *et al.*, </br>*Respondents* | Civ. No. 1:02-CV-0828 </br>(CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, </br>*Petitioners*, </br>v. </br>GEORGE W. BUSH, *et al.*, </br>*Respondents* | 05-CV-1048 (RMU) (AK) |

| | | |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*, | ) ) ) ) | |
| *Petitioners,* | ) ) | **05-CV-1429 (RMU) (AK)** |
| v. | ) ) ) | |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** | ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV01490** |
| v. | ) ) ) | **(PLF)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **MOHAMMED,** *et al.* | ) ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV02087** |
| v. | ) ) ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

2

| | | |
|---|---|---|
| **NABIL**, *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) ) | **Civ. No. 1:05CV01504 (RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **AL HAWARY**, *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) ) | **Civ. No. 1:05CV01505 (RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **SAIB**, *et al.* | ) ) ) | |
| *Petitioners,* | ) ) | |
| v. | ) ) ) | **Civ. No. 1:05CV01353 (RMC)(AK)** |
| **GEORGE W. BUSH**, *et al.,* | ) ) ) | |
| *Respondents* | ) ) | |

3

| | |
|---|---|
| **SHAFIQ,** *et al.* ) | |
| ) | |
|        *Petitioners,* ) | |
| ) | **Civ. No. 1:05CV01506** |
| v. ) | **(RMC)(AK)** |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| ) | |
|        *Respondents* ) | |

| | |
|---|---|
| **HASSAN BIN ATTASH,** *et al.* ) | |
| ) | |
|        *Petitioners,* ) | |
| ) | **Civ. No. 1:05CV01592** |
| v. ) | **(RCL)(AK)** |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| ) | |
|        *Respondents* ) | |

| | |
|---|---|
| **ABDANNOUR SAMEUR,** *et al.* ) | |
| ) | |
|        *Petitioners,* ) | |
| ) | **Civ. No. 1:05CV01806** |
| v. ) | **(CKK)(AK)** |
| ) | |
| **GEORGE W. BUSH,** *et al.,* ) | |
| ) | |
|        *Respondents* ) | |

4

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

                            Respectfully submitted,

                            Counsel for Petitioners:

                               /s/ Anant Raut
                            David R. Berz (DC 182105)
                            David A. Hickerson (DC 414723)
                            Anant Raut (DC 490211)
                            WEIL GOTSHAL & MANGES LLP
                            1300 Eye Street, NW
                            Suite 900
                            Washington, D.C.   20005
                            Tel: (202) 682-7000
                            Fax: (202) 857-0939


/s/ Kristine Huskey
Thomas B. Wilner, D.C. Bar # 173807
Neil H. Koslowe, D.C. Bar # 361792
Kristine A. Huskey, D.C. Bar #462979
Amanda E. Shafer
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Tel: (202) 508-8000
Fax: (202) 508-8100

/s/ David H. Remes
David H. Remes, D.C. Bar # 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Suite 803E
Washington, D.C.   20004
Tel: (202) 662-5212
Fax: (202) 662-6291

Marc Falkoff, D.C. Bar # 491149
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

/s/ Anne J. Castle
Anne J. Castele, CO #11202
Scott S. Barker, CO #11177
J. Triplett Mackintosh, CO #22359
William E. Murane, CO #2676
Douglas L. Abbott, CO #18683
Hamid M. Khan, CO #34139
Danielle R. Voorhees, CO #35929
Valerie L. Simmons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO   80202
Tel: (303) 295-8000
Fax: (303) 295-8261

/s/ Randall T. Coyne
Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK   73019
Tel: (405) 325-4646
Fax: (405) 325-0389

Thomas R. Brett
Craig Hoster
Larry D. Ottaway
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK   74103
Tel: (918) 592-9830
Fax: (918) 599-6311

Terry W. West
THE WEST LAW FIRM
P.O. Box 698
Shawnee, OK   74802
Tel: (405) 275-0040
Fax: (405) 275-0052

Of Counsel
Barbara J. Olshansky ( N.Y State Bar #3635)
CENTER FOR CONSTITUTIONAL
    RIGHTS
666 Broadway
New York, NY   10012
Tel: (212) 614-6439