IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NABIL (Last Name Unknown), *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>    President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1504 (RMC) |
| ABBAR SUFIAN AL HAWARY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>    President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1505 (RMC) |

**RESPONDENTS' NOTICE REGARDING PETITIONERS'
MOTION FOR ENTRY OF PROTECTIVE ORDER**

    Respondents hereby submit the following notice regarding petitioners' motions for entry of the protective order in the above-captioned cases.  See Nabil v. Bush, No. 05-CV-1504 (RMC) (dkt. no. 28); Al Hawary v. Bush, No. 05-CV-1505 (RMC) (dkt. no. 30).

    On January 27, 2006, this Court stayed "all action" in the above-captioned cases and denied all pending motions without prejudice pending resolution by the D.C. Circuit of "serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases" after the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, became

law.  See Nabil v. Bush, No. 05-CV-1504 (RMC) (dkt. no. 22); Al Hawary v. Bush, No. 05-CV-1505 (RMC) (dkt. no. 24).  Because the Court has stayed "all action" in these cases, absent further direction from the Court, respondents will not submit a substantive response to petitioners' request for relief at this time.  Respondents reserve their right to submit a memorandum in opposition to petitioners' motions for entry of the protective order containing a substantive response opposing petitioners' request for relief in the future if so directed by the Court.

Dated: April 13, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents