IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1505 (RMC) (AK) |
| ) | |
| GEORGE W. BUSH, ) | |
| ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## UNOPPOSED MOTION TO CONVERT PETITION TO A DIRECT PETITION

Petitioner Abbar Sufian Al Hawary ("Petitioner") respectfully requests that the Court convert his petition from a next friend petition to a direct petition by dismissing his next friend, Shaker Aamer.

### I. Compliance With LCivR 7(m).

Pursuant to LCivR 7(m), counsel for Petitioner has conferred with counsel for Respondents. Without waiving their right to contest this Court's jurisdiction, Respondents do not oppose Petitioner's request that his petition be converted to a direct petition.[1]

### II. Petitioner Has Directly Authorized Holland & Hart To Represent Him.

Petitioner's counsel, Scott S. Barker of Holland & Hart LLP, sent Petitioner an engagement letter on June 26, 2006, and enclosed a written request for representation for Petitioner's signature. Petitioner signed the written request for representation, attached as Exhibit A. Because Petitioner has directly authorized Holland & Hart LLP to represent him in

---

[1] Counsel conferred regarding this Motion in December 2006.

this action, it is proper for the Court to dismiss Petitioner's next friend so that this case can proceed solely as a direct petition.[2]

WHEREFORE, Petitioner respectfully requests that the Court GRANT Petitioner's Motion to Convert to a Direct Petition.

Dated: February 15, 2007

Respectfully submitted,

/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Telephone: (212) 614-6439

---

[2] Petitioner is also awaiting entry of the protective order in this case, as requested through the Motion for Entry of Protective Order, filed March 28, 2006. Counsel is unable to visit Petitioner until the Protective Order is entered.

## CERTIFICATE OF SERVICE

I certify that on, February 15, 2007 I served a copy of the foregoing document to the following by electronic filing.

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
terry.henry@usdoj.gov
Andrew.warden@usdoj.gov

                                                                           /s Danielle R. Voorhees
                                                                           Holland & Hart LLP

3639088_1.DOC