UNCLASSIFIED

**SECURE FACILITY**

Office Phone#
    (703) 601-4300
Fax Phone#
    (703) 601-4118

---

# HABEAS COUNSEL FAX COVER SHEET

---

**FROM:**

FAXED BY _ASO Andrew Boorce_

**TO:**

NAME: _Danielle Voorhees_
ORG: _Holland & Hart LLP_
PHONE: _(303) 295-8361_
FAX: _(303) 295-8261_

**COMMENTS:**

---

Total Number of Pages Sent (including cover sheet) _3_
    *Please telephone (703) 601-4300 if there were any problems with this transmission.*

UNCLASSIFIED

*Exhibit A*



Soufian Abar Huwari
26 Juin, 2006
Page 2

### Déclaration de Soufian Abar Huwari (ISN 1016)

Je veux M. Scott Barker et les autres avocats à Holland & Hart comme mes avocats.

_____
Signature     *ABBAR-Soufianne*
              *HAGRI    ABBAR*

**Attorney-Detainee Materials**

3566775_2.DOC

**UNCLASSIFIED**