IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br><br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1505 (RMC) (AK) |

## [Proposed] ORDER

It is hereby, this ____ day of _____, 2007

ORDERED that Petitioner's Unopposed Motion to Convert Petition to a Direct Petition is GRANTED.

FURTHER ORDERED that Petitioner's Next Friend, Shaker Aamer is hereby dismissed from this action and Petitioner's petition for habeas corpus is converted to a direct petition.

_____
United States District Judge