**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY<br>      Detainee,<br>      Guantánamo Bay Naval Station<br>      Guantánamo Bay, Cuba;<br><br>            Petitioner/Plaintiff,<br><br>      v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>            Respondents/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 05-CV-1505 (RMC)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Petitioner/Appellant, Abbar Sufian Al Hawary, through his attorneys, hereby provides notice of his appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's May 9, 2007 Memorandum Opinion and Order ("Order") granting Respondents' Motion to Dismiss, denying Petitioner's Motion for a Stay-and-Abey Order, denying all other pending motions and dismissing Petitioner's petition for a writ of habeas corpus, and from all other adverse orders and rulings. The District Court's Order is attached as Exhibit 1.

Dated: June 7, 2007

        Respectfully submitted,

        /s Danielle R. Voorhees
        Anne J. Castle
        Scott S. Barker
        J. Triplett Mackintosh
        William Murane
        Danielle R. Voorhees
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        Of Counsel
        Shayana Kadidal
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway 7th Floor
        New York NY  10012
        phone: (212) 614-6438
        fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/7/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530

    /s Danielle R. Voorhees
    Holland & Hart LLP

3719794_1.DOC