IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-CV-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

Pursuant to 28 U.S.C. Section 1915, Petitioner Abbar Sufian Al Hawary, through his counsel, Holland & Hart LLP, hereby moves for an order waiving the filing fee for filing his Notice of Appeal and for leave to proceed *in forma pauperis* in this action, and in support thereof states:

1. Petitioner has been incarcerated for several years by the United States military at the United States Naval Station at Guantanamo Bay, Cuba ("Guantanamo").

2. Through undersigned counsel, Petitioner filed a Petition for Writ of Habeas Corpus ("Petition") on July 28, 2005. Undersigned counsel have represented Petitioner *pro bono* throughout the habeas proceedings in this action, and will continue to do so on appeal to the United States Court of Appeals for the District of Columbia Circuit.

3. On May 9, 2007, the Court entered its Memorandum Opinion and Order ("Order") granting Respondents' Motion to Dismiss, denying Petitioner's Motion for a Stay-and-Abey Order or, Alternatively, a Transfer Order Under 28 U.S.C. § 1631, denying all other pending motions and dismissing Petitioner's petition for a writ of habeas corpus.

4. Concurrent with this filing, Petitioner has filed a Notice of Appeal from the Court's Order.

5. Upon information and belief, Petitioner has had no income during the period of his incarceration. He has had virtually no contact with the outside world. Even if he had assets outside prison, he has no practicable way to access them.

6. Completion of the United States District Court for the District of Columbia's Application to Proceed Without Prepayment of Fees and Affidavit is not practicable in this case. Petitioner speaks Arabic and would not understand the form without substantial assistance of counsel.

7. A trip to Guantanamo Bay takes many weeks to arrange, and costs more than the $450 filing fee that would otherwise be applicable to the Notice of Appeal filed concurrently with this motion. Further, because of the Court's Order dismissing Petitioner's Petition, it would likely be difficult, if not impossible, for counsel to visit Petitioner pursuant to the Protective Orders in place in this action.

8. Counsel could send Petitioner mail through normal mail channels, but the turnaround time for letters between counsel and Petitioner could easily be several weeks or even months.

9. By statute, the filing fee for a petition for writ of habeas corpus in a federal district court is $5. 28 U.S.C. § 1914(a). The statute does not require a motion for leave to proceed *in forma pauperis*. Undersigned counsel therefore did not have need prior to the filing of the Notice of Appeal to file such a motion. Under these circumstances, it would be inequitable and unjust to charge a filing fee of $450 for Petitioner's appeal from the Court's Order.

10.     If this motion is denied, Petitioner requests that the case be retained on the docket, and undersigned counsel will pay the necessary filing fee within 5 days of the date of the Court's order.

WHEREFORE, Petitioner Abbar Sufian Al Hawary, by his undersigned attorneys, requests that the Court waive the filing fee for filing the Notice of Appeal and permit Petitioner to proceed *in forma pauperis* without the necessity of an Affidavit.

Dated: June 8, 2007

                                            Respectfully submitted,

                                            /s Danielle R. Voorhees
                                            Anne J. Castle
                                            Scott S. Barker
                                            J. Triplett Mackintosh
                                            William Murane
                                            Danielle R. Voorhees
                                            HOLLAND & HART LLP
                                            555 Seventeenth Street, Suite 3200
                                            Denver, CO  80202
                                            Telephone:  (303) 295-8000

                                            Of Counsel
                                            Shayana Kadidal
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway 7th Floor
                                            New York NY  10012
                                            phone: (212) 614-6438
                                            fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 6/8/2007, I electronically filed the foregoing with the Clker of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 7144
    Washington, DC 20530

                                          /s Danielle R. Voorhees
                                          Holland & Hart LLP

3721637_1.DOC