IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABBAR SUFIAN AL HAWARY<br>　　　Detainee,<br>　　　Guantánamo Bay Naval Station<br>　　　Guantánamo Bay, Cuba;<br><br>　　　　　Petitioner/Plaintiff,<br><br>　　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　Respondents/Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 05-CV-1505 (RMC) |

**NOTICE OF ERRATA REGARDING NOTICE OF APPEAL**

Petitioner/Appellant, Abbar Sufian Al Hawary ("Petitioner"), through his attorneys, respectfully notifies the Court and counsel that Petitioner's counsel inadvertently failed to attach Exhibit 1 to Petitioner's Notice of Appeal, filed June 8, 2007. Filed herewith and labeled as Exhibit 1 is the District Court's May 9, 2007 Memorandum Opinion and Order.

Dated: June 11, 2007

Respectfully submitted,

/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 6/11/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530

/s Danielle R. Voorhees
Holland & Hart LLP

3721965_1.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABBAR SUFIAN AL HAWARY, )
)
Petitioner, )
)
v. ) Civil Action No. 05-1505 (RMC)
)
GEORGE W. BUSH, *et al.*, )
)
Respondents. )

MEMORANDUM OPINION AND ORDER

Petitioner Abbar Sufian Al Hawary, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a petition for a writ of habeas corpus on July 28, 2005. Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioner's Opposition, Motion to Stay and Hold Proceedings in Abeyance, and Notice of Intent to File a Petition Under the Detainee Treatment Act. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. #50] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motion to Stay and Hold Proceedings in Abeyance [Dkt. # 51] is **DENIED**; and it is

Exhibit 1

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction, and all other pending motions are hereby **DENIED** as moot; accordingly, this case is closed.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: May 9, 2007