# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABBAR SUFIAN AL HAWARY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1505 (RMC) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Good cause appearing, it is hereby

**ORDERED** that Petitioners' Motion for leave to proceed on appeal in forma pauperis

filed on June 8, 2007 [Dkt. #55] is **GRANTED**.

**SO ORDERED.**

ROSEMARY M. COLLYER
United States District Judge

DATE: June 20, 2007