# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5203**                  **September Term, 2006**

05cv01505

Abbar Sufian Al Hawary, Detainee,
      Appellant

v.

George W. Bush, President of the United States, et al.,
      Appellees

**Filed On:** JUN 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 1 8 2007

CLERK

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on June 8, 2007.*

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk