**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-1505 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION**
**UNDER RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Respondents hereby respond to petitioner's Motion for Reconsideration of Order

Dismissing Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in

Abeyance (dkt. no. 59).  While respondents recognize that the Court has issued orders in other

Guantanamo detainee cases granting the relief requested by petitioner, *see Al Shimrani v. Bush*,

No. 05-CV-2249 (D.D.C.) (RMC) (dkt. no. 59), *Saib v. Bush*, No. 05-CV-1353 (D.D.C.) (RMC)

(dkt. no. 68), and *Mousovi v. Bush*, 05-CV-1124 (D.D.C.) (RMC) (dkt. no. 74), respondents

respectfully continue to oppose such relief in this case on the basis of the arguments expressed in

their oppositions to petitioners' motions under Federal Rule of Civil Procedure 60(b)(6) in *Saib*

(dkt. no. 66), attached as Exhibit 1, and *Mousovi* (dkt. no. 71), attached as Exhibit 2 .  For the

reasons set forth in the attached briefs, which are incorporated herein, petitioner's motion should

be denied.

Dated: September 27, 2007            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents