**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, et al., | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )   Civil Action No. 05-1505 (RMC) <br> ) |
| GEORGE W. BUSH, *et al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

**[Proposed] Order**

It is hereby ordered that Petitioner's Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure (dkt. no. 59) is DENIED.

IT IS SO ORDERED.

Dated: _____

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE