*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOTAI SAIB, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| NABIL HADJARAB, | ) | |
| Petitioner/Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-CV-1505 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| SUFYIAN BARHOUMI a/k/a SHAFFIQ, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1506 (RMC) (AK) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

---

**NOTICE OF NON-OPPOSITION TO RESPONDENTS'
MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY
DECLARATION AS "PROTECTED INFORMATION"**

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motions. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

Dated: March 11, 2008

                Respectfully submitted,

                <u>s/ Danielle R. Voorhees</u>
                Anne J. Castle
                Scott S. Barker
                J. Triplett Mackintosh
                William Murane
                Danielle R. Voorhees
                HOLLAND & HART LLP
                555 Seventeenth Street, Suite 3200
                Denver, CO 80202
                Telephone: (303) 295-8000

                Of Counsel
                Shayana Kadidal
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway 7th Floor
                New York NY 10012
                phone: (212) 614-6438
                fax: (212) 614-6499

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530

                                                /s Danielle R. Voorhees
                                                Holland & Hart LLP

3842413_1.DOC