# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 07-5203** | **September Term 2007** |
| | 05cv01505 |
| | **Filed On:** July 3, 2008 |

Abbar Sufian Al Hawary, Detainee,

    Appellant

    v.

George W. Bush, President of the United States, et al.,

    Appellees

    **BEFORE:**    Ginsburg, Rogers, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for summary reversal and the response thereto, it is

**ORDERED** that the district court's order filed May 9, 2007, granting the government's motion to dismiss appellant's petition for a writ of habeas corpus, Civil Action No. 05-1505 (D.D.C.), be vacated and this case remanded to the district court for proceedings consistent with <u>Boumediene v. Bush</u>, 128 S. Ct. 2229 (2008).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

                  BY:    /s/
                            Lynda M. Flippin
                            Deputy Clerk

A True copy:
    United States Courts of Appeals
    for the District of Columbia Circuit
By: _____ Deputy Clerk