# EXHIBIT A

# Danielle Voorhees

| | |
|---|---|
| **From:** | Triplett J. Mackintosh |
| **Sent:** | Thursday, February 22, 2007 2:57 PM |
| **To:** | Danielle Voorhees |
| **Subject:** | FW: Detainee Status Notification |

**From:** Digiacomo, Matthew J Capt OARDEC, CYTW [mailto:matthew.digiacomo@navy.mil]
**Sent:** Thursday, February 22, 2007 2:56 PM
**To:** Scott Barker; hmkhan@hollandhart.com; Triplett J. Mackintosh; William Murane
**Subject:** Detainee Status Notification

```
Dear Counsel for ISN 1016

    Through either the Administrative Review Board (ARB) process or the process DOD had
in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the
process for making appropriate diplomatic arrangements for his departure.  Accordingly, my
prior guidance regarding submission of materials for a 2007 ARB for your client is
inapplicable to this detainee; he will not be receiving another ARB proceeding.

    As you know, such a decision does not equate to a determination that your client is
not an enemy combatant, nor is it a determination that he does not pose a threat to the
United States or its allies.  I cannot provide you any information regarding when your
client may be leaving Guantanamo as his departure is subject to ongoing discussions.


DAVID N. COOPER, Lt Col, USAFR
Staff Judge Advocate
DOD HQ OARDEC
Office for the Administrative Review of the Detention of Enemy Combatants
Washington, DC
```

1