## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil No. 05-CV-1505 (RMC) |
| ) | |
| ) | |
| _____ ) | |

**NOTICE OF FILING RESPONSE**

Please take notice that, pursuant to the Protective Order entered in this case, Petitioner Abbar Sufian al Hawary, through his counsel, filed a Response to Respondents August 29, 2008 Notice (*see* Doc. # 83) under seal with the Court Security Officer on September 19, 2008. A copy was served on counsel for Respondents via email on September 18, 2008.

Dated: September 19, 2008

Respectfully submitted,

/s Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
Meghan N. Winokur
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 9/19/08, I caused to be electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530


    /s Danielle R. Voorhees
    Holland & Hart LLP

3922942_1.DOC